STUART D. RUBIN
ATTORNEY AT LAW
SUITE 2506
26 COURT STREET
BROOKLYN, NEW YORK 11242
TEL. (718) 802-0778
FAX (718) 802-0831

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

January 14, 2008

Re: *USA v Man Wai Cheng*
    07-crim- 1143

*NOTICE OF APPEARANCE*

ATT: Clerks Office

Dear Sir/Madam:

    Please take notice that I have been retained to represent the defendant captioned above.

    I was admitted to the bar of this Court on July 20, 1984. My bar code is SR6444. Please enter my appearance on behalf of Man Wai Cheng in the captioned matter.

    Respectfully submitted,

    *S/Stuart Rubin*

    Stuart D. Rubin