UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x
                            :    MISDEMEANOR

UNITED STATES OF AMERICA      :    <u>INFORMATION</u>

      - v. -              :

                           :    S1 07 Cr. 1143 (DC)

MAN WAI CHENG,             :
  a/k/a "Man Wei Chen,"    :
  a/k/a "Tina Wong,"      :

                         :

               Defendant.  :

- - - - - - - - - - - - - - - - - - -x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: JUN 1 6 2008

The United States Attorney charges:

1.    From in or about June 2006 through in or about November 2007, in the Southern District of New York and elsewhere, MAN WAI CHENG, a/k/a "Man Wei Chen," a/k/a "Tina Wong," the defendant, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(3).

2.    It was a part and an object of the conspiracy that MAN WAI CHENG, a/k/a "Man Wei Chen," a/k/a "Tina Wong," the defendant, and her co-conspirators, unlawfully, willfully, and knowingly, would and did infringe copyrights for the purposes of commercial advantage and private financial gain, in violation of Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(3).

OVERT ACTS

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    On or about August 21, 2007, two co-conspirators not named as defendants herein met in an office in New York, New York with an undercover Special Agent of the United States Bureau of Immigration and Customs Enforcement, who was posing as a corrupt official of the longshoremen's union, and discussed counterfeit smuggling activities.

b.    On or about October 11, 2007, the defendant MAN WAI CHENG, a/k/a "Man Wei Chen," a/k/a "Tina Wong," and co-conspirators not named as defendants herein arranged for the transportation and distribution in the New York area of counterfeit merchandise that had been smuggled into the United States from China, including clothing bearing counterfeit designer labels which enjoy copyright protection.

(Title 18, United States Code, Section 371.)

_Michl J. Garcia_
MICHAEL J. GARCIA MAA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## UNITED STATES OF AMERICA

- v -

**MAN WAI CHENG,**
  **a/k/a "Man Wei Chen,"**
  **a/k/a "Tina Wong",**

**Defendant.**

## MISDEMEANOR INFORMATION

S1 07 Cr. 1143 (DC)

18 USC § 371

MICHAEL J. GARCIA
United States Attorney.

6/16/08 DEFT MAN WAI CHENG PRES W/ATTY STUART RUBIN
DI    AUSA ROSEMARY NIDIRY. (CHINESE INT.) DEFT ARRAIGNED AND
PLEAS GUILTY TO THE MISDEANOR MISDEANGR INFORMATION.
PSR ORDERED. SENT DATE SET FOR 9/23/08 @ 4:30 PM.
BAIL CONTD—

                                                    USDJ-CHIN